US District Court of Massachusetts

FILED IN CLERKS OFFICE
NOV 13 '23 PM 3:52 USDC MA

Richard W Rose Jr
Trustee

Richard W Rose Jr
V,
State of New Hampshire
Town of Candia
Candia Police Department
Michael Thompson

} Complaint   Docket No. _____

Under USC$RSA:'564:'A:7:II, I Richard W Rose Jr Trustee of Massachusetts and The State of N.H, depose and Complain that: The State of New Hampshire put the trust's and Corporations in US Bankruptcy. From 1998-2001 cases were closed and discharged by the Court. They waited for me to be discharged then arrested me. I posted $20,000 in cash bail they took that money and lost in Superior Court. The 2 lots I purchased in November 2002 were put in Realty Trust with me as The Trustee. In 2004 I purchased a modular home for Lot # 413-46 Candia N.H. I filed a modular home deed so it has a separate deed than the land. On August 1, 2006 I moved out and locked the house.

On September 12, 2006 Michael Thompson and his wife broke into the modular house and moved in. The Town of Candia Police, Building Inspector and Tax assessor have Thompson as the owner. Thompson has a fraudulent deed. Thompson has sub-divided the 50 acre lot into 4 lots and is selling them for cash. Thompson filed Stalking cash charge against me in Candia Court and lost. The Candia Police shield them and the Town permits them to live in my modular house.

Plaintiff
Trustee
Richard W Rose Jr