Richard W Rose Jr
Trustee
309 Belmont St.
Worcester MA 01604

Nov. 5, 23

US District Court
C/O: Clerk of Court
595 Main St.
Worcester MA 01608

RE: Richard W Rose Jr V. State of New Hampshire
Trustee       Town of Candia
              Candia Police Dept,
              Michael Thompson

(Dear Clerk)
Civil

Please mark file docket the enclosed case. Also send me a civil cover sheet and court fee waiver forms.

Thank You,
Richard W Rose Jr

Richard W Rose jr
Trustee
309 Belmont St.
Worcester MA 01604

Nov. 5, 23

US District Court
C/O: Clerk of Court
595 Main St.
Worcester MA 01608

RE: Richard W Rose jr v. State of New Hampshire
Trustee    Town of Candia
           Candia Police Dept,
           Michael Thompson

(Dear Clerk)
Civil

Please mark file docket the enclosed case.
Also send me a civil cover sheet and court fee
waiver forms.

Thank You,
Richard W Rose jr